IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LISA MARIE SCOVELL,
          Plaintiff,

-v-

COMMISSIONER OF
SOCIAL SECURITY,
          Defendant.

Civil Action No.
5:24-CV-00421-AMN-PJE

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for John A. Sarcone, III, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, Esq., attorney for the Plaintiff, that the Commissioner of Social Security shall pay Plaintiff the sum of **$7,000.00** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

      It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED: January 5, 2026

JOHN A. SARCONE, III
United States Attorney

BY: */s/ Vernon Norwood*
VERNON NORWOOD
Special Assistant U.S. Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
(212) 264-9471
vernon.norwood@ssa.gov

OLINSKY LAW GROUP
Attorneys for Plaintiff

BY: [signature]
HOWARD OLINSKY
250 S. Clinton Street, Suite 210
Syracuse, N.Y. 13202
(315) 701-5780
holinsky@windisability.com

**SO ORDERED:**

_____
ANNE M. NARDACCI
United States District Judge

January 9, 2026